

Lawrence E. Reynolds
Senior Vice President
T 502-581-2171  F 502-581-2430
lawrence.reynolds@pnc.com

The PNC Financial Services Group
101 South Fifth Street
Louisville Kentucky 40202